**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>RASIER, LLC; and<br>FURQAT MUKUMOV,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 8:26-cv-00499-JFB-MDN**<br><br>**PLAINTIFF'S MOTION TO REMAND** |

Plaintiff Jane Doe moves under 28 U.S.C. § 1447(c) to remand this action to the District Court of Douglas County, Nebraska.

Defendants Uber Technologies, Inc. and Rasier, LLC (together, "Uber") removed this action on September 1, 2026, under 28 U.S.C. § 1332(a)(3). Filing No. 1 at 1, 6–9. That theory requires Defendant Furqat Mukumov to have qualified as a citizen or subject of a foreign state when this action was commenced and when it was removed. Uber alleged that status on information and belief, *id.* at 6, ¶ 14, acknowledged that government records would provide "definitive evidence" of Mukumov's citizenship, *id.* at 8–9, ¶ 21, and conditionally requested jurisdictional discovery, *id.* at 9 n.3.

Plaintiff disputes that allegation. The allegation therefore no longer suffices by itself. Uber bears the burden to establish the jurisdictional fact by a preponderance of competent evidence. The present record, including the certified Nebraska Department of Motor Vehicles abstract and supporting affidavit filed with Plaintiff's Index of Evidence, does not establish Mukumov's foreign citizenship.

Plaintiff requests that the Court remand this action. Alternatively, if Uber makes the showing required for jurisdictional discovery and the Court permits it, Plaintiff requests an

order limiting discovery to Mukumov's citizenship or nationality on the relevant dates; requiring prompt production of Uber's and its vendors' pertinent records; requiring any third-party request to identify the agency, custodian, and specific record sought; permitting no deposition without further leave; deferring merits proceedings; and imposing a short, staged schedule for jurisdictional discovery and supplemental briefing as set out in Plaintiff's supporting brief.

This motion is supported by Plaintiff's Brief in Support and Index of Evidence, filed contemporaneously.

Respectfully submitted September 25, 2026.

JANE DOE, Plaintiff,

By: */s/ Joel J. Fulton*
Christopher P. Welsh, #22279
Joel J. Fulton, #25237
WELSH & WELSH, PC, LLO
9290 West Dodge Road
204 The Mark
Omaha, Nebraska 68114
Phone: (402) 384-8160
cwelsh@welsh-law.com
joel@welsh-law.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026, I electronically filed the foregoing Plaintiff's Motion to Remand with the Clerk of the Court using CM/ECF, which will send notice to all registered counsel of record. I also served a true and correct copy of the foregoing, together with the Notice of Electronic Filing, by United States Mail, first-class postage prepaid, upon Defendant Furqat Mukumov at his last known address, 11738 Burt Street, Apartment Y14, Omaha, Nebraska 68154, as reflected in Filing No. 1 at 14.

*/s/ Joel J. Fulton*
Joel J. Fulton