**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.;<br>RASIER, LLC; and<br>FURQAT MUKUMOV,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 8:26-cv-00499-JFB-MDN**<br><br>**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** |

Plaintiff Jane Doe submits the following evidence in support of her Motion to Remand:

Affidavit of Joel J. Fulton, authenticating Exhibit 1 and describing Plaintiff's September 8, 2026 request to the Nebraska Department of Motor Vehicles.

Exhibit 1. Certified Complete Abstract of Record for Furqat Mukumov, Nebraska Department of Motor Vehicles, Driver and Vehicle Records Division, printed September 15, 2026. Driver's-license numbers and the month and day of birth are redacted.

Respectfully submitted September 25, 2026.

JANE DOE, Plaintiff,
By: */s/ Joel J. Fulton*
Christopher P. Welsh, #22279
Joel J. Fulton, #25237
WELSH & WELSH, PC, LLO
9290 West Dodge Road, 204 The Mark
Omaha, Nebraska 68114
Phone: (402) 384-8160
cwelsh@welsh-law.com | joel@welsh-law.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that on September 25, 2026, I electronically filed the foregoing Index of Evidence in Support of Plaintiff's Motion to Remand with the Clerk of the Court using CM/ECF, which will send notice to all registered counsel of record. I also served a true and correct copy of the foregoing, together with the Notice of Electronic Filing, by United States Mail, first-class postage prepaid, upon Defendant Furqat Mukumov at his last known address, 11738 Burt Street, Apartment Y14, Omaha, Nebraska 68154, as reflected in Filing No. 1 at 14.

/s/ *Joel J. Fulton*
Joel J. Fulton