**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

JANE DOE,

Plaintiff,

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; and FURQAT MUKUMOV,

Defendants.

**Case No. 8:26-cv-00499-JFB-MDN**

**AFFIDAVIT OF JOEL J. FULTON IN SUPPORT OF MOTION TO REMAND**

STATE OF NEBRASKA )
) ss.
COUNTY OF DOUGLAS )

I, Joel J. Fulton, being first duly sworn, state as follows:

1. I am an attorney for Plaintiff Jane Doe in this action. I have personal knowledge of the matters stated below and am competent to testify to them.

2. On September 8, 2026, Plaintiff's counsel requested Mukumov's complete driving record from the Nebraska Department of Motor Vehicles in connection with the citizenship issue raised by removal.

3. The Nebraska Department of Motor Vehicles, Driver and Vehicle Records Division, produced a certified Complete Abstract of Record for Mukumov, printed September 15, 2026.

4. Exhibit 1 is a true and correct copy of the certified abstract received from the Nebraska Department of Motor Vehicles, except that driver's-license numbers and the month and day of birth, including the repeated month and day in the expiration date, have been redacted for filing. Those redactions do not alter the remaining contents of the record.

Joel J. Fulton

SUBSCRIBED AND SWORN to before me this 24th day of September, 2026.

Notary Public

MARSHA A. DARRINGTON
State of Nebraska-General Notary
My Commission Expires
January 15, 2029