K7

NEBRASKA
DEPARTMENT OF MOTOR VEHICLES

**Driver and Vehicle Records Division**
301 Centennial Mall South, P.O. Box 94789
LINCOLN, NEBRASKA 68509-4789
(402) 471-3918
Fax (402) 471-8694

## COMPLETE ABSTRACT OF RECORD

**Print Date:** 09/15/2026 **Page:** 01 of 01

**FURQAT MUKUMOV** **Driver License:** [redacted]

FURQAT MUKUMOV DOB: [redacted]2002 Status: CANCELLED
11738 BURT ST APT Y14 Gender: M Race: O CDL Status: CANCELLED
OMAHA NE 68154 Height: 5'05" Weight: 180
Resident County: 31 Eyes: BRO Hair: BLK

DLN/Permit/ID Card: [redacted] License Class: A
Issue County: 01 Issued: 07-31-2024 Expir: [redacted]2029
Restrictions: CDL Restrictions: E Endorsements:

TSA Hazmat Assessment Pending: 03-12-2024

Previous DLN: FL [redacted] 02-24-2023
NY [redacted] 11-30-2022

--------- ADMINISTRATIVE WITHDRAWALS --------
LICENSE CANCELLED BY DMV 06-04-2026 NE
Eligible: INDEFINITE Reference: MED-CERT

******************0M2*********************************************************

This is to certify that the above is a true and correct abstract of the operating record of the above-named individual as contained in our files. Any entry for an accident which may appear above is for statistical purposes only and does not indicate a determination of fault.

Betty Johnson
Driver and Vehicle Records Division

DEPARTMENT OF MOTOR VEHICLES • STATE OF NEBRASKA •

TSIK7 01/25